Lake Valley Farm Products, Inc., Appellant, v. F. C. Lafendo, Appellee.

Gen. No. 41,012.   (Abstract of Decision.)

Heard in third division, first district, this court at December term, 1939; opinion filed May 22, 1940.   Erwin M. Pearl, for appellant; Anton S.

Mikula, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''